**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-2233**

_____

GREGORY W. SMITH,

Plaintiff - Appellant,

versus

SUPREME COURT OF APPEALS OF WEST VIRGINIA;
DAVID SANDERS, Judge; N. EDWARD EAGLOSKI;
ORVILLE CONNER SPAULDING, "Hobby", Judge,

Defendants - Appellees.

_____

**No. 03-2243**

_____

GREGORY W. SMITH,

Plaintiff - Appellant,

versus

SUPREME COURT OF THE STATE OF WEST VIRGINIA;
DAVID SANDERS, Judge of the Berkeley Circuit
Court,

Defendants - Appellees.

No. 03-2244

GREGORY W. SMITH,

                                    Plaintiff - Appellant,

          versus

SUPREME COURT OF THE STATE OF WEST VIRGINIA;
N. EDWARD EAGLOSKI, Judge of the Putnam County
Circuit Court,

                                    Defendants - Appellees.

Appeals from the United States District Court for the Southern
District of West Virginia, at Charleston.  Elizabeth V. Hallanan,
Senior District Judge.  (CA-03-171-2, CA-03-138-2, CA-03-148-2)

Submitted:  December 11, 2003        Decided:  December 19, 2003

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Gregory W. Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Gregory W. Smith appeals the district court's orders accepting the recommendation of the magistrate judge to dismiss the petitions for writs of mandamus as frivolous. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3